WOODRUFF, Respondent, v. SQUIER, Appellant. (Supreme Court, Appellate Division, First Department. October 14, 1910.) Action by Amos E. Woodruff against Elinor W. Squier. W. A. Shepard, for appellant. A. E. Woodruff, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 123 App. Div. 923, 107 N. Y. Supp. 1150; 126 App. Div. 914, 110 N. Y. Supp. 1150; infra.

See also, supra. A. E. Woodruff, for appellant. Woolsey A. Shepard, for respondent.

PER CURIAM. The order should be modified by denying the motion to strike out that portion of the complaint which is comprised in the fourth paragraph thereof; and, as so modified, affirmed, without costs to either party.